AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Immigration Reform Law Institute (IRLI) <br> *Plaintiff* <br> v. <br> U.S. Immigration and Customs Enforcement <br> *Defendant* | ) <br> ) <br> ) Case No. 1:24-cv-106 <br> ) <br> ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Immigration Reform Law Institute (IRLI)

Date: 06/05/2025

*/s/ Mateo Forero*
*Attorney's signature*

Mateo Forero-Norena, DC Bar Number 90002605
*Printed name and bar number*

Immigration Reform Law Institute (IRLI)
25 Massachusetts Avenue NW, Suite 335
Washington, DC 20001
*Address*

mforero@irli.org
*E-mail address*

(202) 232-5590
*Telephone number*

(202) 464-3590
*FAX number*