UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IMMIGRATION REFORM LAW INSTITUTE,<br><br>      Plaintiff,<br><br>   v.<br><br>IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>      Defendant. | Civil Action No. 24-0106 (MAU) |

## JOINT STATUS REPORT

Pursuant to the Court's May 1, 2024, Minute Order, Plaintiff Immigration Reform Law Institute and Defendant Immigration and Customs Enforcement ("ICE") respectfully submit the joint status report for this Freedom of Information Act ("FOIA") civil action:

1. This case concerns a FOIA request submitted to ICE on September 11, 2023. Plaintiff filed the Complaint on January 11, 2024, and ICE answered the Complaint on February 28, 2024.

2. ICE has completed its searches. ICE issued its fourth production on May 5, 2025, after processing 500 pages. ICE issued its sixth production on May 30, 2025, after processing 501 pages. ICE issued its seventh production on July 2, 2025, after processing 513 pages.

3. ICE estimates that approximately 904 pages remain to be processed in this action.

4. The parties will work together throughout this litigation to attempt to reduce the issues for the Court.

5. Pursuant to the Court's May 1, 2024, Minute Order, the parties will submit their next joint status report within the next ninety days.

| | |
|---|---|
| Dated: July 21, 2025<br>Washington, DC | Respectfully submitted,<br><br>JEANINE FERRIS PIRRO<br>United States Attorney |
| */s/ David Jaroslav*<br>David Jaroslav, DC Bar No. 90021286<br>Mateo Forera-Norena, DC Bar No. 90002605<br>Immigration Reform Law Institute (IRLI)<br>25 Massachusetts Ave., NW, Suite 335<br>Washington, DC 20001<br>Telephone: (202) 232-5590<br>FAX (202) 464-3590<br>Email: mforero@irli.org<br><br>*Counsel for Plaintiff* | By:  */s/ Douglas C. Dreier*<br>　　DOUGLAS C. DREIER, D.C. Bar #1020234<br>　　Assistant United States Attorney<br>　　601 D Street, NW<br>　　Washington, DC 20530<br>　　(202) 252-2551<br><br>*Attorneys for the United States of America* |