UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IMMIGRATION REFORM LAW INSTITUTE,<br><br>    Plaintiff,<br><br>    v.<br><br>IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>    Defendant. | Civil Action No. 24-0106 (MAU) |

### SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of Assistant United States Attorney William Thanhauser and remove the appearance of Assistant United States Attorney Douglas C. Dreier as counsel of record for Defendant Immigration and Customs Enfrocement in the above-captioned case.

Dated: November 13, 2025

Respectfully submitted,

By:      */s/ William Thanhauser*
WILLIAM THANHAUSER
D.C. Bar #1737034
Assistant United States Attorney
601 D Street, N.W.
Washington, DC 20530
(202) 252-7706

*Attorney for the United States of America*